IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-00363-02-CR-W-BCW |
| | ) | |
| TYLER PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Maughmer's Report and Recommendation finding the Defendant is incompetent to understand the nature and consequence of the proceedings against him and assist properly in his defense (Doc. #52). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order.

ORDERED Defendant Phillips is found to be incompetent in that he is presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. It is further

ORDERED Defendant Phillips is committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(1). The Attorney General shall hospitalize Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as

is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the trial to proceed.

IT IS SO ORDERED.


DATED: 01/23/2018					/s/ Brian C. Wimes					
						JUDGE BRIAN C. WIMES
						UNITED STATES DISTRICT COURT