IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-00363-02-CR-W-BCW |
| TYLER PHILLIPS, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. #68) regarding the judicial determination of the Psychiatric Report (Doc. #69) submitted by R. Koch, Psy.D., Forensic Psychologist for the defendant, Tyler Phillips. There being no challenge to the findings of this report by either party, the Court finds that defendant Tyler Phillips is not presently suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation is adopted by this Court and this report be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: September 7, 2018                /s/ Brian C. Wimes
                                         JUDGE BRIAN C. WIMES
                                         UNITED STATES DISTRICT COURT